IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01963-MSK-MEH

FRONTIER DRILLING, LLC, a Colorado limited liability company,

        Plaintiff,

v.

TRI-POINT ENERGY SERVICES, INC., a Delaware corporation,

        Defendant.

## ORDER DISCHARGING SHOW CAUSE ORDER

        **THIS MATTER** comes before the Court on the Plaintiff's Amended Complaint **(#6)**.

Having considered the same,

        **IT IS ORDERED** that the Order to Show Cause **(#4)** is **DISCHARGED**.

Dated this 10th day of October, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge