IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01963-MSK-MEH

FRONTIER DRILLING, LLC; a Colorado limited liability company;

    Plaintiff;

v.

TRI-POINT ENERGY SERVICES, INC.; a Delaware corporation;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 20, 2007.**

    Defendant's Stipulated Motion to Extend Deadline to Amend Pleadings [Filed February 19, 2007; Docket #25] is **granted**.  The deadline for amendment of pleadings is changed to April 30, 2007.