IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01963-MSK-MEH

FRONTIER DRILLING, LLC, a Colorado limited liability company,

      Plaintiff/Counter Defendant,

v.

TRI-POINT ENERGY SERVICES, INC., a Delaware corporation,

      Defendant/Counter Claimant.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

      THIS MATTER is before the Court on the "Stipulation for Dismissal With Prejudice" **(#29)** filed April 4, 2007. The Court having reviewed the foregoing:

      **ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

      Dated this 4th day of April, 2007

                                 **BY THE COURT:**

                                 */s/ Marcia S. Krieger*

                                 Marcia S. Krieger
                                 United States District Judge